# United State Bankruptcy Court
## Northern District of Illinois

In re: ANGELA MARTINEZ                                         Case No.12 B 10143

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[x] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms for failure to appear at the March 27, 2012 hearing:

   $ __76.50_____ on or before   April 13, 2012_____

   $ __76.50_____ on or before   May 14, 2012_____

   $ __76.50_____ on or before   June 14, 2012_____

   $ __76.50_____ on or before _ July 13, 2012_____

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[] SCHEDULED FOR HEARING

   The hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on   at **219 South Dearborn Street, Courtroom 682, Chicago, IL 60604. Debtor(s) to file Summary of Schedules, all Schedules, and Statement of Affairs and bring copies to court on said day and time.**

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: _3/28/12_

Jack B. Schmetterer
United States Bankruptcy Judge